UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHANIE ANN
FALKENHAGEN,

          Plaintiff,          Case No. 17-cv-13601

v.                                     Paul D. Borman
                                     United States District Judge

                                     Elizabeth A. Stafford
                                     United States Magistrate Judge

COMMISSIONER OF SOCIAL
SECURITY,

          Defendant.
_____/

**ORDER: (1) ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (ECF #24); (2) GRANTING PLAINTIFF'S MOTION FOR REMAND UNDER SENTENCE FOUR OF 42 U.S.C. §405(g) FOR FURTHER CONSIDERATION CONSISTENT WITH THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (ECF #17); AND (3) DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF #23)**

Now before the Court is the Report and Recommendation of Magistrate Judge Elizabeth A. Stafford (ECF #24) recommending that the Court grant Plaintiff Stephanie Ann Falkenhagen's Motion for Summary Judgment (ECF #17) and deny Defendant Commissioner of Social Security's Motion for Summary Judgment (ECF #23).

Having reviewed the Report and Recommendation and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(b), the Court ADOPTS the Magistrate Judge's Report and Recommendation, GRANTS Plaintiff's Motion for Remand, DENIES Defendant's Motion for Summary Judgment, and REMANDS this matter under sentence four of 42 U.S.C. §405(g) for further consideration consistent with the Report and Recommendation.

IT IS SO ORDERED.

Dated: February 22, 2019

s/Paul D. Borman
Paul D. Borman
United States District Judge