UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHANIE ANN
FALKENHAGEN,

        Plaintiff,        Case No. 17-cv-13601

                              Paul D. Borman
v.                             United States District Judge

                              Elizabeth A. Stafford
                              United States Magistrate Judge

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

**ORDER: (1) ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (ECF #32); AND (2) GRANTING PLAINTIFF'S PETITION FOR ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (ECF #28)**

Now before the Court is the September 6, 2019 Report and Recommendation of Magistrate Judge Elizabeth A. Stafford (ECF #32) recommending that the Court grant Plaintiff Stephanie Ann Falkenhagen's Petition for Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A). (ECF #28.)

Having reviewed the Report and Recommendation and there being no timely

1

objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(b), the Court ADOPTS the Magistrate Judge's Report and Recommendation, and GRANTS Plaintiff's Petition for Attorney's Fees.

IT IS SO ORDERED.

Dated: September 26, 2019                    s/Paul D. Borman
                                             Paul D. Borman
                                             United States District Judge